IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> PHILLIP J. COLWELL, </br> Defendant. | 2:12-cr-00073-GEB </br> <u>ORDER FOR EXAMINATION AND</u> </br> <u>REPORT UNDER 18 U.S.C. §§</u> </br> <u>4241(b) and 4247(b),(c)</u> |

On February 1, 2013, Defendant appeared in the courtroom for sentencing and judgment, which was scheduled following Defendant entering a guilty plea on April 13, 2012, pursuant to a plea agreement to Counts 1, 2, and 3 of the Indictment. During that hearing, Defendant indicated through his attorney that he has cognitive defects to such an extent that he did not sufficiently understand the plea process. Therefore, "reasonable cause [exists] to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Accordingly, Defendant shall undergo psychiatric and/or psychological examinations under 18 U.S.C. § 4241(b) and 18 U.S.C. § 4247(b), to determine his competency. Defendant shall be transported to the place designated by the Federal Bureau of Prisons for the

examination and/or study. The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing. Further, a psychiatric and/or a psychological report shall be provided to the Court in accordance with 18 U.S.C. §§ 4241(b) and 4247(c).

The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order. To apprize examination officials of the criminal charges against Defendant, the Clerk of the Court shall attach to this order a copy of the indictment (ECF No. 3) and the plea agreement (ECF No. 15). The Clerk of the Court shall also attach to this order copies of docket entry numbers 21 and 27, which comprise the Defendant's correspondence to the Court on June 18, 2012, and December 13, 2012, concerning the circumstances Defendant indicates are involved with his guilty plea and entry into the plea agreement.

Dated: February 1, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge