1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00073-GEB |
12 |               Plaintiff,  | STIPULATION AND [PROPOSED] ORDER CONTINUING COMPETENCY HEARING |
13 |        v.                 | |
14 | PHILLIP COLWELL,          | |
15 |               Defendants. | |

16

17      The United States and the defendant, through the undersigned
18 attorneys, hereby stipulate and agree that:
19      By prior order, on February 1, 2013, the Court referred the
20 defendant to the Bureau of Prisons for a competency evaluation, and
21 set a hearing on that issue for March 29, 2013.
22      By letter dated March 1, 2013, the Warden of the Metropolitan
23 Detention Center requested additional time to complete the evaluation
24 of the defendant, and indicated that the report will be received by
25 the Court by April 29, 2013.
26      Accordingly, the parties jointly stipulate that the competency
27 hearing be continued to May 3, 2013.  Because the current proceedings
28 have occurred after the entry of a plea of guilty, the Speedy Trial

                                    1

Act does not apply.

**SO STIPULATED.**

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: 3/29/13                    /s/ Matthew G. Morris
                                        MATTHEW G. MORRIS
                                        Assistant U.S. Attorney

DATE: 3/29/13                    /s/ Michael Aye (auth. 3/27/13)
                                        MICHAEL AYE
                                        Attorney for Defendant

**SO ORDERED.**

**Date:** **3/31/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge