```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
 5

 6  Attorneys for Plaintiff
    United States of America
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       CASE NO. 2:12-cr-00073-TLN

12                 Plaintiff,       STIPULATION AND ORDER CONTINUING
                                    COMPETENCY HEARING
13           v.

14  PHILLIP COLWELL,

15                 Defendant.

16
```

The United States and the defendant, through the undersigned attorneys, hereby stipulate and agree that:

By prior order, on February 1, 2013, the Court referred the defendant to the Bureau of Prisons for a competency evaluation, and set a hearing on that issue for March 29, 2013. By letter dated March 1, 2013, the Warden of the Metropolitan Detention Center requested additional time to complete the evaluation of the defendant, and indicated that the report will be received by the Court by April 29, 2013. The Court ordered the competency hearing rescheduled for May 3, 2013.

By order of the Chief Judge on April 4, 2013, the Court reassigned the case to United States District Judge Nunley.

1

Accordingly, the May 3, 2013, competency hearing must be rescheduled.

The parties have conferred, and jointly request that the competency hearing be continued to May 23, 2013. Because the current proceedings have occurred after the entry of a plea of guilty, the Speedy Trial Act does not apply. Nevertheless, if the Speedy Trial Act did apply, the parties stipulate that the period of continuance would be excludable under 18 U.S.C. § 3161(h)(1)(A) and Local Code A (delay in proceedings to determine competency.)

**SO STIPULATED.**

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 4/26/13        /s/ Matthew G. Morris
                      MATTHEW G. MORRIS
                      Assistant U.S. Attorney

DATED: 4/26/13        /s/ Michael Aye (auth. 4/24/13)
                      MICHAEL AYE
                      Attorney for Defendant

**IT IS SO ORDERED.**

DATED: April 29, 2013

Troy L. Nunley
United States District Judge